EXHIBIT 4

**ALEXANDER E. JONES**   FREE SPEECH SYSTEMS   INFOWARS

# IP Assets Auction Overbid Form

Highest & Best Bid Deadline: November 13, 2024 @ 10:30 am CST

| | | | |
|---|---|---|---|
| **Buyer Name** | Ben Collins | **Buyer Company** | Global Tetrahedron, LLC |
| **Phone 1** | ▮▮▮▮▮▮▮▮ | **Phone 2** | |
| **Address** | 730 N. Franklin St, Suite 700 | **City** | Chicago |
| **State/Zip** | IL 60654 | **Email** | ▮▮▮▮▮▮▮▮ |
| **Partner \*** | The Connecticut Families (as defined in, and to the extent set forth in, the previously submitted Bid Letter) | | |

## Bid Packages

Note: Bids for each package below are <u>non-contingent on winning any other lots</u>. You may bid on multiple packages; We will consider your highest and best package option when evaluating bids.

| LOTS | BID |
|---|---|
| Lot 1a \| Production IP with Equipment (Building 2 & 3) | $ |
| Lot 1b \| Production IP without Equipment | $ |
| Lot 1c \| Production Equipment Only (Building 2 & 3) | $ |
| Lot 2a \| E-commerce IP with Inventory | $ |
| Lot 2b \| E-commerce IP without Inventory | $ |
| Lot 2c \| Inventory Only | $ |
| Lot 3 \| Domain Names | $ |
| Lot 4 \| Contested Domain Names | $ |
| LOT GROUPS | |
| Group 1 \| Production AND E-commerce Intellectual Property Only (Lot 1b & 2b) | $ |
| Group 2 \| Production AND E-commerce IP, Equipment & Inventory (Lot 1a & 2a) | $ |
| Group 3 \| Domain Names (Lot 3 & 4) | $ |
| Group 4 \| All Intellectual Property, Equipment, Inventory & Domains (Lots 1 -4) | $  7,000,000 \*\* |
| Group 5 \| All Intellectual Property & Equipment (no inventory) (Lots 1a & 2b) | $ 7,000,000 \*\* |
| Group 6 \| All Intellectual Property & Inventory (no equipment) (Lots 1b & 2a) | $ |
| Group 7 \| Equipment & Inventory (no IP) (Lots 1c & 2c) | $ |

I hereby submit my over bid for the Packages above in accordance with the terms and conditions of the bid package and sale order. All bids are irrevocable and final.

\*\*Not less than $7,000,000, as set forth in more detail in the accompanying Final Bid Letter

X _____

Name: Ben Collins

Title:   CEO

Date:   November 13, 2024

tranzon  360