IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: ALEXANDER E. JONES | § § § | CASE NO. 23-33553 (CML) |
| Debtor. | § § | Chapter 7 |
| Alexander E. Jones, as debtor and as owner and sole Manager of Free Speech Systems, LLC | § § § § § | |
| Plaintiffs | § | |
| vs. | § § | Adversary Proceeding 24-03238 |
| Christopher Murray, as the Chapter 7 Trustee and Global Tetrahedron, LLC, Mark Barden, Jacqueline Barden, Francine Wheeler, David Wheeler, Ian Hockley, Nicole Hockley, Jennifer Hensel, William Aldenberg, William Sherlach, Carlos M. Soto, Donna Soto, Jillian Soto-Marino, Carlee Soto Parisi, Robert Parker and Erica Ash | § § § § § § § § § § | |
| Defendants | § | |

**NOTICE OF HEARING ON EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER**

PLEASE TAKE NOTICE that a hearing on the Application for Temporary Restraining Order has been scheduled for **Monday, November 25, 2024 at 2:00 p.m. (prevailing Central Time)** before the Honorable Christopher M. Lopez, United States Bankruptcy Judge, at 515 Rusk, Courtroom 401, Houston, Texas 77002. You may participate in the hearing by appearing either in person or by an audio and video connection.

PLEASE TAKE FURTHER NOTICE audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510. Once connected, you will be asked to enter the conference number. Judge Lopez's conference room number is 590153. Video

communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the following link, which is also provided on the Judge's home page: www.gotomeet.me/JudgeLopez. To use GoToMeeting, the Court recommends that you download the free GoToMeeting application prior to the hearing. The meeting code is "JudgeLopez." Click the setting icon in the right corner and enter your name under the personal information setting.

     PLEASE TAKE FURTHER NOTICE hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Lopez's home page. Select the case name, complete the required fields, and click "Submit" to complete your appearance.

Respectfully submitted this 19th day of November 2024.

/s/ Shelby A. Jordan  
SHELBY A. JORDAN  
State Bar No. 11016700  
S.D. No. 2195  
ANTONIO ORTIZ  
State Bar No. 24074839  
S.D. No. 1127322  
**Jordan & Ortiz, P.C.**  
500 North Shoreline Blvd., Suite 804  
Corpus Christi, TX  78401  
Telephone: (361) 884-5678  
Facsimile:  (361) 888-5555  
Email:  sjordan@jhwclaw.com  
       aortiz@jhwclaw.com  
Copy to: cmadden@jhwclaw.com  
**COUNSEL FOR ALEX JONES**

Ben C Broocks  
State Bar No. 03058800  
Federal Bar No. 94507  
William A. Broocks  
St. Bar No. 24107577  
Federal Bar No. 3759653  
BROOCKS LAW FIRM PLLC  
248 Addie Roy Road, Suite B301  
Austin, Texas 78746

Phone: (512) 201-2000
Fax: (512) 201-2032
Email: bbroocks@broockslawfirm.com
wbroocks@broockslawfirm.com
**CO-COUNSEL FOR ALEX JONES**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served electronically to subscribers of the Court's electronic noticing system on November 19, 2024 and via email to the following:

Ryan E. Chapple
CAIN & SKARNULIS PLLC
303 Colorado Street, Suite 2850
Austin, TX 78701
E-mail: rchapple@cstrial.com

Alinor C. Sterling (admitted pro hac vice)
KOSKOFF KOSKOFF & BIEDER, PC
350 Fairfield Avenue
Bridgeport, CT 06604
E-mail: asterling@koskoff.com

Kyle J. Kimpler (admitted pro hac vice)
Paul Paterson (admitted pro hac vice)
Leslie Liberman (admitted pro hac vice)
Vida Robinson (admitted pro hac vice)
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Fax: (212) 757-3990
E-mail: kkimpler@paulweiss.com
E-mail: ppaterson@paulweiss.com
E-mail: lliberman@paulweiss.com
E-mail: virobinson@paulweiss.com
**Counsel to the Connecticut Families**

**Joshua W. Wolfshohl (Bar No. 24038592)**
**Michael B. Dearman (Bar No. 24116270)**
Jordan T. Stevens
Kenesha L. Starling
PORTER HEDGES LLP
1000 Main Street, 36th Floor

Houston, Texas 77002
jwolfshohl@porterhedges.com
mdearman@porterhedges.com
jstevens@porterhedges.com
kstarling@porterhedges.com
and
Erin E. Jones
JONES MURRAY LLP
602 Sawyer Street, Suite 400
Houston, Texas 77007
erin@jonesmurray.com
**Counsel for Christopher R. Murray, Chapter 7 Trustee**

Paula Brillson
General Counsel
Global Tetrahedron, LLC
Email: pbrillson@theonion.com
**General Counsel for Global Tetrahedron, LLC**

John R. Ashmead
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
Email: ashmead@sewkis.com
        matott@sewkis.com

Robert J. Gayda
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
Email: gayda@sewkis.com
**Counsel for Global Tetrahedron, LLC**

　　　　　　　　　　　　　　　　　　　　*/s/ Shelby A. Jordan*
　　　　　　　　　　　　　　　　　　　　Shelby A. Jordan