UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>ALEXANDER E. JONES,<br><br>    Debtor. | Chapter 7<br><br>Case No. 22-33553 (CML) |
| ALEXANDER E. JONES,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTOPHER MURRAY; GLOBAL TETRAHEDRON, LLC; MARK BARDEN; JACQUELINE BARDEN; FRANCINE WHEELER; DAVID WHEELER; IAN HOCKLEY; NICOLE HOCKLEY; JENNIFER HENSEL; WILLIAM ALDENBERG; WILLIAM SHERLACH; CARLOS M. SOTO; DONNA SOTO; JILLIAN SOTO-MARINO; CARLEE SOTO PARISI; ROBERT PARKER; and ERICA ASH,<br><br>    Defendants. | Adv. Pro. No. 24-03238 |

**TRUSTEE'S WITNESS AND EXHIBIT LIST
FOR MONDAY, NOVEMBER 25, 2024, HEARING ON
APPLICATION FOR TEMPORARY RESTRAINING ORDER**
**[Relates to Dkt. No. 2]**

Christopher R. Murray in his capacity as Chapter 7 Trustee (the "**Trustee**") for the bankruptcy estate of Alexander E. Jones ("**Alex Jones**") files this Witness and Exhibit List for the hearing to be held on Monday, November 25, 2024, at 2:00 p.m. (prevailing Central Time) before the Honorable Christopher Lopez at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 401, 515 Rusk Street, Houston, Texas 77002.

15675296

**EXHIBITS**

| No. | Description | MAR | OFF | OBJ | ADM | DAT | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 1. | *Order Dismissing Free Speech Systems LLC Chapter 11 Bankruptcy Case* [Case No. 22-60043, Dkt. No. 956] | | | | | | |
| 2. | *Alexander E. Jones Chapter 7 Bankruptcy Schedules* [Dkt. No. 749] | | | | | | |
| 3. | Order Converting Debtor's Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code [Dkt. No. 708] | | | | | | |
| 4. | *Free Speech Systems LLC Chapter 11 Bankruptcy Schedules* [Case No. 22-60043, Dkt. 900] | | | | | | |
| 5. | *Jones Conversion SOFA* [Dkt. No. 750] | | | | | | |
| 6. | *Order Supplementing Order Dismissing Case* [Case No. 22-60043, Dkt. 1021] | | | | | | |
| 7. | *Order Granting Trustee's Motion for Entry of an Order Authorizing the Winddown of Free Speech Systems, LLC* [Dkt. No. 859] | | | | | | |
| 8. | *Trustee's Expedited Motion for Entry of an Order in Furtherance of the Sale of Assets of Free Speech Systems, LLC (inclusive of exhibits thereto)* [Dkt. No. 915], and all exhibits attached thereto. | | | | | | |
| 9. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 7 case | | | | | | |
| 10. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | | | |
| 11. | Any exhibit listed by any other party | | | | | | |

**WITNESSES**

1. Christopher R. Murray, Trustee for the Alex Jones bankruptcy estate.

2. Bob Schleizer.

3. Any witness and rebuttal witnesses listed by any other party.

15675296

The Trustee reserves the right to amend and/or supplement this Witness and Exhibit List as necessary in advance of the Hearing. The Trustee also reserves the right to use any exhibits presented by any other party and to ask the Court to take judicial notice of any document. Finally, the Trustee reserves the right to introduce any previously admitted exhibit.

Dated: November 21, 2024.

        Respectfully submitted,
        **PORTER HEDGES LLP**

        By: */s/ Joshua W. Wolfshohl*
        Joshua W. Wolfshohl
        Texas Bar No. 24038592
        1000 Main Street, 36th Floor
        Houston, Texas 77002
        Telephone: (713) 226-6000
        Facsimile: (713) 228-1331
        jwolfshohl@porterhedges.com

        AND

        Erin E. Jones
        Texas Bar No. 24032478
        Jones Murray LLP
        602 Sawyer Suite 400
        Houston, Tx 77007
        Telephone 832-529-1999
        erin@jonesmurray.com

        **COUNSEL TO**
        **CHRISTOPHER R. MURRAY,**
        **CHAPTER 7 TRUSTEE**

## **CERTIFICATE OF SERVICE**

I certify that on November 21, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System in the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Joshua W. Wolfshohl*
Joshua W. Wolfshohl

15675296