IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE:  ALEX E. JONES<br><br>　　　　　Debtor. | § § § § § | CASE NO. 22-33553 (CML)<br><br>Chapter 7 |
| David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto-Parisi, Carlos M. Soto, Jilian Soto Marino, William Aldenberg, William Sherlach, Robert Parker And Richard M. Coan, As Chapter 7 Trustee for the Estate of Erica Lafferty<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>Alexander E. Jones and Free Speech Systems, Llc<br><br>　　　　Defendants | § § § § § § § § § § § § § § § § § § | Adversary Pro. No. 23-03037 |
| Alex E. Jones, as debtor and as owner and sole Manager of Free Speed Systems, LLC<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Christopher Murray, as the Chapter 7 Trustee and Global Tetrahedron, LLC, Mark Barden, Jacqueline Barden, Francine Wheeler, David Wheeler, Ian Hockley, Nicole Hockley, Jennifer Hensel, William Aldenberg, William Sherlach, Carlos M. Soto, Donna Soto, Jillian Soto-Marino, Carlee Soto Parisi, Robert Parker, and Erica Ash<br><br>　　　　Defendants. | § § § § § § § § § § § § § § § § § § § § | Adversary Pro. No. 24-03238 |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PLEADINGS**

**PLEASE TAKE NOTICE** that the undersigned hereby appear as counsel for Global Tetrahedron LLC ("Tetrahedron") in the above-captioned cases, pursuant to Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342, and 1109(b) ("Bankruptcy Rules") and request that all notices pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, and orders, or other documents, filed or entered in these cases to be served by U.S. Mail and by email in the above-captioned cases be given to and served upon:

> Gregg Costa
> Texas State Bar No. 24028160
> Southern District Admin. No. 32779
> **GIBSON, DUNN & CRUTCHER LLP**
> 811 Main Street Suite 3000
> Houston, TX 77002-6117
> Telephone: (346) 718-6600
> GCosta@gibsondunn.com
> cc: legal@theonion.com
>
> &
>
> Jason Z. Goldstein (*pro hac vice* pending)
> **GIBSON, DUNN & CRUTCHER LLP**
> 200 Park Avenue
> New York, New York 10166-0193
> Telephone: (212) 351-4000
> JGoldstein@gibsondunn.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise filed with regard to the above cases.

**PLEASE THAT FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of the Tetrahedron to (a) have final orders in non-core matters entered only after de novo review by a District Court judge, (b) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  November 21, 2024

Respectfully submitted,

*/s/ Gregg J. Costa*
Gregg Costa
Texas State Bar No. 24028160
Southern District Admin. No. 32779
**GIBSON, DUNN & CRUTCHER LLP**
811 Main Street Suite 3000
Houston, TX 77002-6117
Telephone:  (346) 718-6600
GCosta@gibsondunn.com

Jason Z. Goldstein (pro hac vice pending)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10166-0193
Telephone:  (212) 351-4000
JGoldstein@gibsondunn.com

***Attorneys for Global Tetrahedron LLC***

## CERTIFICATE OF SERVICE

I hereby certify that, on November 21, 2024, a true and correct copy of the foregoing document was served via email through the Bankruptcy Court's Electronic Case Filing System on the parties that have consented to such service.

                                                        */s/ Gregg J. Costa*
                                                        Gregg J. Costa