# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | § Chapter 7 |
| ALEXANDER E. JONES, | § Case No. 22-33553 (CML) |
| Debtor. | |
| | |
| Alexander E. Jones, as Debtor and as Owner and Sole Manager of Free Speech Systems, LLC | |
| Plaintiffs, | |
| v. | Adv. P. No. 24-03238 (CML) |
| Christopher Murray, as the Chapter 7 Trustee and Global Tetrahedron, LLC, Mark Barden, Jacqueline Barden, Francine Wheeler, David Wheeler, Ian Hockley, Nicole Hockley, Jennifer Hensel, William Aldenberg, William Sherlach, Carlos M. Soto, Donna Soto, Jillian Soto-Marino, Carlee Soto Parisi, Robert Parker and Erica Ash | |
| Defendants. | |

### ORDER DENYING DEBTOR'S EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION
[Relates to Adv. Docket No. 1]

The Court has considered the *Plaintiffs' Complaint and Emergency Application for Temporary Restraining Order and Preliminary Injunction Pursuant to Bankruptcy Rule 7065* (the "Emergency Application"), and all objections thereto; and the Court having jurisdiction to hear and determine the Motion pursuant to 28 U.S.C. § 1334; and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court

15680397

having found that venue of this proceeding in this district is proper pursuant to 28 U.S.C. § 1334; and this matter being a core proceeding pursuant to 27 U.S.C. § 157(b)(2); and this Court having reviewed the Motion and all objections thereto; and the Court having held a hearing (the "Hearing") on the Motion; and the Court having determined that the legal and factual bases set forth in the objections and at the Hearing justify denying the relief requested in the Motion; and the Court finding that the Motion lacks merit and the objections thereto should be sustained; and after due deliberation and sufficient cause appearing therefore, **IT IS HEREBY ORDERED THAT:**

    1.    The Emergency Application is **DENIED**.

Dated: _____, 2024.
Houston, Texas

                                                HONORABLE CHRISTOPHER M. LOPEZ
                                                UNITED STATES BANKRUPTCY JUDGE

15680397