**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) ) | Chapter 7 |
| ALEXANDER E. JONES, | ) ) ) | Case No. 22-33553 (CML) |
| Debtor. | ) ) | |
| Alexander E. Jones, as debtor and as alleged owner and sole Manager of Free Speech Systems, LLC | ) ) ) ) | Case No. 24-03238 (CML) Adversary Proceeding |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) ) | |
| Christopher Murray, as the Chapter 7 Trustee and Global Tetrahedron, LLC, Mark Barden, Jacqueline Barden, Francine Wheeler, David Wheeler, Ian Hockley, Nicole Hockley, Jennifer Hensel, William Aldenberg, William Sherlach, Carlos M. Soto, Donna Soto, Jullian Soto-Marino, Carlee Soto Farisi, Robert Parker and Erica Ash | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants | ) ) | |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

 **PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned

case on behalf of X Corp. ("**X Corp.**") and, pursuant to Federal Rules of Bankruptcy Procedure

(the "**Bankruptcy Rules**") 2002, 3017(a), 9007, and 9010(b) and section 1109(b) of chapter 11 of

title 11 of the United States Code (the "**Bankruptcy Code**"), hereby requests that any and all

notices given or required to be given in this case and all papers served or required to be served in

these cases, be delivered to and served upon the person(s) listed below at the following addresses, telephone, and facsimile numbers:

> Caroline A. Reckler
> **LATHAM & WATKINS LLP**
> 330 North Wabash Avenue, Suite 2800
> Chicago, IL 60611
> Telephone: (312) 876-7700
> Facsimile: (312) 993-9767
> Email: caroline.reckler@lw.com
>
> -and-
>
> Christopher Harris
> Jonathan J. Weichselbaum
> **LATHAM & WATKINS LLP**
> 1271 Avenue of the Americas
> New York, NY 10020
> Telephone: (212) 906-1200
> Facsimile: (212) 751-4864
> Email: christopher.harris@lw.com
> jon.weichselbaum@lw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code provision and Bankruptcy Rules specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plans of reorganization and liquidation, and disclosure statements, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, electronic mail, or otherwise, that is filed or given in connection with the above-captioned cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this request shall not be deemed or construed to be a consent to the jurisdiction of the Bankruptcy Court for the Southern District of Texas or a

waiver of any substantive or procedural rights of X Corp., including: (1) to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the Southern District of Texas (the "**District Court**"); (2) to have a trial by jury in any proceeding so triable in these chapter 11 cases or any case, controversy, or proceeding related to these chapter 11 cases; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; and (4) any other rights, claims, actions, defenses, setoffs or recoupments to which X Corp. may be entitled under agreements in law, in equity, or otherwise, including to have disputes resolved by arbitration, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: November 25, 2024       Respectfully submitted,

*/s/ Caroline A. Reckler*
Caroline A. Reckler
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email:   caroline.reckler@lw.com

*Counsel to X Corp.*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing document was served by electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case on November 25, 2024.

*/s/ Caroline A. Reckler*
Caroline A. Reckler
