United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 25, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-33553 |
| ALEXANDER E. JONES, | § | |
| | § | CHAPTER 7 |
| Debtor. | § | |
| | § | |
| ALEXANDER E. JONES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 24-03238 |
| | § | |
| CHRISTOPHER MURRAY, | § | |
| CHAPTER 7 TRUSTEE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER DENYING PLAINTIFF'S EMERGENCY APPLICATION FOR**
**TEMPORARY RESTRAINING ORDER**
(RE: ECF NO. 1)

    The Court denies Plaintiff's Emergency Application for Temporary Restraining Order for the reasons stated on the record at the November 25, 2024 hearing.