Electronic Appearance Sheet

Sara  Brauner, Akin Gump
Client(s): Counsel to UCC

Katherine Porter, Akin Gump
Client(s): Counsel to UCC

Anna Kordas, Akin Gump
Client(s): Counsel to UCC

Marty  Brimmage, Akin Gump
Client(s): Counsel to UCC

Manish Kumar, Teneo
Client(s): Financial Advisor to UCC

Melanie Miller, Akin Gump
Client(s): Counsel to UCC

MALEX BARR, NONE
Client(s): NONE

Thomas Holman, Pro Se, None, Pro Se
Client(s): *