UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § § Chapter 7 § |
| ALEXANDER E. JONES, | § Case No. 22-33553 (CML) § |
| Debtor. | § § § |

**ORDER GRANTING FIRST INTERIM FEE APPLICATION
OF JONES MURRAY LLP, AS BANKRUPTCY COUNSEL FOR CHAPTER 7
TRUSTEE, CHRISTOPHER R. MURRAY, FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM JUNE 14, 2024 THROUGH AND INCLUDING OCTOBER 31, 2024**
**(Relates to Docket No. _____)**

The Court has considered the First Interim Application of Jones Murray LLP (the "*Applicant*"), as Bankruptcy Counsel for Chapter 7 Trustee, Christopher R. Murray, for Allowance of Compensation and Reimbursement of Expenses for the Period from June 14, 2024 through and including October 31, 2024 (the "Application").  The Court orders:

1. The Applicant is allowed interim compensation in the amount of **$427,773.00** and reimbursement of actual and necessary expenses in the amount of **$5,442.62** for the period set forth in the Application.

2. The Trustee is authorized to disperse **$85,547.00** which represents the unpaid amounts allowed by paragraph 1 of this Order.

SIGNED: _____, 2024.

_____
**HONORABLE CHRISTOPHER M. LOPEZ
UNITED STATES BANKRUPTCY JUDGE**